Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **PATRICK R. MCCOY,** | Civil No. 6:17-cv-01146-BR |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $31,170.00 in attorney fees, less $4,500.00, which is the amount of Equal Access to Justice Act ("EAJA") fees already received by counsel, for a net §406(b) attorney fee award herein of $26,670.00 pursuant to 42 U.S.C. §406(b). Defendant shall pay this net amount to Plaintiff's counsel, Drew L. Johnson, PC --

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1

less an administrative assessment pursuant to 42 U.S.C. 406(d) -- mailed to their office at 1700 Valley River Drive, Eugene, OR 97401. After payment of the $26,670.00, the balance of amounts withheld for attorney fees shall be released to Plaintiff. There are no other costs.

IT IS SO ORDERED this ~~day of~~ 5th day of August, 2019

_____
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By: /s/ SHERWOOD J. REESE
     Sherwood J. Reese, OSB #144130
     Of Attorneys for Plaintiff